# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-5836** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: "F"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the City of New Orleans and Orleans Parish District Attorney Leon Cannizzaro are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 23rd day of NOV., 2009.

_____
UNITED STATES DISTRICT JUDGE