UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLOS JACKSON                                          CIVIL ACTION

VERSUS                                                  NO. 09-5836

CITY OF NEW ORLEANS, ET AL.                             SECTION: "F"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims against Sergeant Nicole Barbe, Detective Ray Jones, and Detective Jehan Senanayake are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of Feb., 2010.

_____
UNITED STATES DISTRICT JUDGE